## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | § | Case No. **08-12656-JVA** |
| | § | |
| **Brunke, Anthony G.** | § | Chapter 7 |
| **Brunke, Melanie L.** | § | |
| | § | Judge: **Aug** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $26.94 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Mercy Health Partners<br>4600 McAuley Place<br>Cincinnati, Ohio 45242 | 6 | $26.94 |

Dated:   12/7/09              /s/ Harold Jarnicki
                                          Harold Jarnicki, Case Trustee

Cc:    U.S. Trustee, 36 E. 7th Street, Suite 2030, Cincinnati, Ohio 45202
       Mercy Health Partners, 4600 McAuley Place, Cincinnati, Ohio 45242